39727.  KREUTZ et al. v. HOUSING AUTHORITY OF
THE CITY OF DUBLIN.
39728.  JACKSON v. HOUSING AUTHORITY OF
THE CITY OF DUBLIN.

FRANKUM, Judge.  These cases are controlled by the decision in the case of *Kreutz v. Housing Authority of the City of Dublin*, ante.

*Judgment reversed.  Nichols, P. J., and Jordan, J., concur.*

DECIDED FEBRUARY 7, 1963.

*H. Dale Thompson*, for plaintiffs in error.
*Wm. Malcolm Towson*, contra.